190 So.2d 563

**Ex parte James Billy EIDSON.**

**6 Div. 224.**

Court of Appeals of Alabama.

Sept. 27, 1966.

James Billy Eidson, pro se.

Richmond M. Flowers, Atty. Gen., for respondent.

CATES, Judge.

Original petition for mandamus to the Circuit Court of Tuscaloosa County. The object is to expedite a coram nobis proceeding.

On authority of Ex parte Goodman, ante p. 183, 185 So.2d 146, the petition, because it fails to show that the original conviction was appealable to this court, is hereby

Dismissed.